643 A.2d 669

**COMMONWEALTH of Pennsylvania**

v.

**Steven TURNER, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 10, 1992.

Decided May 25, 1994.

Norris E. Gelman, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., and Frances Gerson, Philadelphia, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.